IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MARK GROVE, : | |
| : | |
| Plaintiff, : | Case No. 2:18-cv-1492 |
| : | |
| : | CHIEF JUDGE ALGENON L. MARBLEY |
| v. : | |
| : | Magistrate Judge Elizabeth P. Deavers |
| UNITED STATES OF AMERICA, : | |
| : | |
| Defendant. : | |

## ORDER

Plaintiff, Mark Grove, an inmate in the Chillicothe Correctional Institution ("CCI") at the time he filed his initial and amended complaints (ECF Nos. 8, 107), who is proceeding without counsel, brings this civil rights action under 42 U.S.C. § 1983. Plaintiff filed his Amended Complaint on May 13, 2020. (ECF No. 107). In that pleading, Plaintiff names as Defendants Gary C. Mohr; Andrew Eddy, M.D.; John Gardner, M.D.; Beth Higginbotham; Ms. Bottorf; Edward Michelson, M.D.; Robert C. Ryu, M.D.; Abid J. Rana, M.D.; Gary Atrip; Hisham M. Awan, M.D.; Joseph S. Yu, M.D.; Corby Free; Dr. Gary Krisher; Dr. Andrew J. Krieger; Dr. Larry Houts; Roseanne Dove; and 50 Jane and John Doe Defendants.

On May 26, 2020, Defendants Awam, Krieger, Michelson, Ryu, and Yu filed a Motion to Dismiss for Failure to State a Claim. (ECF No. 111). On January 28, 2021, the Magistrate Judge issued a Report and Recommendation recommending that the motion to dismiss filed by Defendants Michelson, Ryu, Awan, Yu, and Krieger, be granted. (ECF Nos. 111, 156). Although the parties were advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed.

Defendants' Motion to Dismiss is **GRANTED**. (ECF No. 111). The Report and Recommendation is **ADOPTED** and **AFFIRMED**. (ECF No. 156).

**IT IS SO ORDERED.**

*[signature]*

**ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: March 9, 2021**